

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2017

No. 04-17-00377-CV

**IN THE INTEREST OF T.T.,** et al,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-02505
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Brief is GRANTED. The Appellant's brief is due on August 21, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk